■ ARTHUR PILE & FOUNDATION CORP., Respondent, v. BONWIT CONSTRUCTION Co., INC., Appellant, et al., Defendants. BONWIT CONSTRUCTION Co., INC., Plaintiff, v. ARTHUR PILE & FOUNDATION CORP. et al., Defendants.— Order, entered on December 2, 1964, denying the motion of defendant Bonwit Construction Co., Inc., for leave to amend its counterclaim by increasing the *ad damnum* clause from $103,633.66 to $189,784.93, unanimously modified, on the law and on the facts and in the exercise of discretion by granting defendant's motion to increase the *ad damnum* clause in its counterclaim on condition that the said defendant Bonwit Construction Co., Inc., pay a full bill of costs in the action to date and $30 costs and disbursements of this appeal to plaintiff-respondent within 10 days after taxing of the bill of costs and, as so modified, affirmed. The defendant served its bill of particulars on plaintiff in September, 1961 and specifically set forth its claims of damage in the total amount of $189,784.93, the amount presently sought to be set forth in the *ad damnum* clause in its counterclaim by the proposed amendment. Although defendant may have delayed in making formal application for change of the *ad damnum* clause, said delay was not prejudicial to the rights of the plaintiff. Concur — Breitel, J. P., Rabin, Valente, Stevens and Staley, JJ.

■ In the Matter of the Arbitration between JORDAN KAVRECICH and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, as unnecessary because respondent MVAIC may appeal as of right (CPLR 5601, subd. [a]; Cohen and Karger, Powers of the New York Court of Appeals [rev. ed.], p. 129, fn. 11). Concur — Botein, P. J., Breitel, Rabin, Eager and Staley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DANIEL MATISHEK.— Motion to dismiss appeal from order of Supreme Court, Bronx County, entered on September 25, 1964, denying defendant's motion for resentence granted on the ground that under section 517 of the Code of Criminal Procedure no appeal lies to this court from such an order. Concur — Breitel, J. P., Rabin, Valente, Stevens and Staley, JJ.